ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING Y. WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for I.C. System, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HASTINGS, | Case No.: 2:17-CV-01588-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE DISCOVERY PLAN** |
| I.C. SYSTEM, INC.; and DOES 1-10, | |
| Defendants. | **FIRST REQUEST** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff John Hastings ("Plaintiff"), and Defendant I.C. System, Inc. ("ICS"), by and through their respective attorneys of record, stipulate as follows:

**<u>STIPULATION</u>**

1. Plaintiff filed his Complaint on September 27, 2016 in the Northern District of Illinois.

2. The case was subsequently transferred to the District of Nevada. ECF No. 25.

3. On June 8, 2017, this Court issued a Minute Order requesting the parties file a discovery plan by August 4, 2017. ECF No. 27.

4. It appears that the Court may have mailed notice of the June 8, 2017 Minute Order [ECF No. 27] to ICS's attorneys Gordon Rees Scully Mansukhani, LLP in Illinois and

-1-

California, however, Gordon Rees Scully Mansukhani, LLP does not have record of having received the Minute Order [ECF No. 27].

5. Gordon Rees Scully Mansukhani, LLP learned about the Minute Order on August 4, 2017 from the Plaintiff's attorneys.

6. Due to a calendaring error, Plaintiff's attorneys, Lemberg Law L.L.C., did not realize the due date for the discovery plan was August 4, 2017 until August 4, 2017.

7. Due to the calendaring error, Plaintiff's attorneys were unable to provide a copy of the draft discovery plan until August 4, 2017, the date on which the discovery plan is due to the Court under ECF No. 27.

8. Plaintiff's attorneys are also preparing a pro hac vice application to allow them to appear in this action. Plaintiff has secured local Nevada counsel and Plaintiff's attorneys intend to file the pro hac vice application with the Court shortly.

9. Due to these reasons, the parties request a two week extension to file the discovery plan.

10. The extension will allow the parties to review the draft discovery plan and more fully discuss potential issues regarding document production, protective orders, etc.

11. Plaintiff and ICS are also currently engaged in settlement discussions to resolve this case. An extension of the deadline to submit the discovery plan will allow the parties to continue settlement discussions without incurring additional fees and expenses.

12. This is the parties' first request to continue the deadline to submit the discovery plan and this request is not made for improper purposes or to delay the case.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

13. Therefore, the parties request that the deadline to submit the discovery plan be extended until **August 18, 2017**.

DATED: August 4, 2017.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING Y. WONG, ESQ.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for I.C. System, Inc.*

DATED: August 4, 2017.

LEMBERG LAW, L.L.C

*/s/ Jenny DeFrancisco*

JENNY DEFRANCISCO, ESQ.
Pro Hac Vice forthcoming
43 Danbury Rd. 3rd Floor
Wilton, CT 06897
*Attorneys for Plaintiff John Hastings*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 7, 2017

-3-