Jenny DeFrancisco, Esq.
(*pro hac vice*)
Lemberg Law LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: jdefrancisco@lemberglaw.com

Attorneys for Plaintiff,
John Hastings

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Hastings,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>I.C. System, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01588-RFB-NJK<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL WITH CONSENT** |

Pursuant to Local Rule IA 11-6(c), the undersigned respectfully requests that she be substituted as counsel of record for Plaintiff in this matter and that Attorney Katherine Rehan's representation of Plaintiff be terminated. The reason for this substitution is due to the case being transferred to Nevada and Attorney Rehan is unable to practice in this jurisdiction.

The substitution of Attorney does not in any way delay the continuance of discovery, trial, hearings or any deadlines currently set by the Scheduling Order (Doc. No. 38).

Plaintiff's written consent to this substitution is attached hereto as <u>Exhibit A</u>.

DATED: January 8, 2018

By: /s/ *Jenny DeFrancisco*
Jenny DeFrancisco, Esq.
Attorney for Plaintiff, John Hastings


By: /s/ *Katherine Rehan*
Katherine Rehan, Esq.


By: /s/ *Robert Larsen*
Robert Larsen, Esq.
Attorney for Defendant, I.C. System, Inc.

IT IS SO ORDERED.
Dated: January 8, 2018
.
_____
United States Magistrate Judge