# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HASTINGS, | Case No. 2:17-cv-01588-RFB-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| I.C. SYSTEM, INC., | (Docket No. 51) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff by 45 days. Docket No. 51. Defendant filed a response in opposition. Docket No. 53. Good cause exists for an extension to complete depositions. At the same time, depositions are routinely scheduled with ten-days' notice or less. *See, e.g.*, *Reddy v. Precyse Solutions LLC*, 2015 WL 2081429, at *3 (E.D. Cal. May 4, 2015) ("courts generally find that one week to ten days' notice is reasonable" (collecting cases)). Insufficient justification has been provided for a 45-day extension. Accordingly, the motion is **GRANTED** in part and **DENIED** in part. The discovery cutoff is **EXTENDED** to March 6, 2018 only with respect to the identified depositions. The deadlines for dispositive motions and the joint proposed pretrial report remain unchanged.

IT IS SO ORDERED.

DATED: February 16, 2018

NANCY J. KOPPE
United States Magistrate Judge