# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN HASTINGS,

    Plaintiff(s),

v.

I.C. SYSTEMS, INC.,

    Defendant(s).

Case No.: 2:17-cv-01588-RFB-NJK

**ORDER**

The deadline to file the joint proposed pretrial order expired on April 20, 2018. Docket No. 38. The parties failed to file one. Accordingly, the parties shall file a joint proposed pretrial order by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

                                        Nancy J. Koppe
                                        United States Magistrate Judge