Jenny DeFrancisco, Esq.
(*pro hac vice*)
Lemberg Law LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: jdefrancisco@lemberglaw.com

Attorneys for Plaintiff,
John Hastings

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| John Hastings,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>I.C. System, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-01588-RFB-NJK<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear its fees and costs.

Plaintiff

_/s/ Jenny DeFrancisco_____

Jenny DeFrancisco, Esq.
Attorney for Plaintiff

Defendant

_/s/ Robert Larsen_____

Robert Larsen, Esq.
Wing Y. Wong, Esq.
Attorneys for Defendant

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of June, 2018.

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 22, 2018, I served a true copy of foregoing document(s): **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on June 22, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants I.C. System, Inc.** |

By: */s/ Jenny DeFrancisco*
Jenny DeFrancisco, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, John Hastings